Decided June 8, 2011

### COMMUNITY RENEWAL TEAM, INC. *v.* UNITED STATES LIABILITY INSURANCE COMPANY ET AL.

The petition by the substitute plaintiff Arrowood Indemnity Company for certification for appeal from

the Appellate Court, 128 Conn. App. 174 (AC 31317), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Jeffrey E. Potter*, in support of the petition.

*Kathleen Morrison Grover*, in opposition.

Decided June 8, 2011